UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CLARENCE W. SHEWARD, )
    Plaintiff/Counter-Defendant, )
)
v. ) No. 3:08-CV-428
) (Phillips)
BECHTEL JACOBS COMPANY LLC )
PENSION PLAN FOR GRANDFATHERED )
EMPLOYEES, )
    Defendants/Counter-Plaintiff )
And )
BECHTEL JACOBS COMPANY LLC, )
    Defendant. )

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the parties' cross-motions for summary judgment. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the motions, whereby plaintiff's motion for summary judgment is **DENIED** and defendants' motion for summary judgment is **GRANTED.**

Accordingly, **IT IS ORDERED AND ADJUDGED** that Bechtel Jacobs Company LLC Pension Plan for Grandfathered Employees is awarded judgment against Clarence W. Sheward in the sum of $114,370.05, less amounts recouped from Sheward from May 1, 2008, plus interest.

Dated at Knoxville, Tennessee, this _____ day of March, 2010.

                                                             s/ Patricia L. McNutt
                                                             Clerk of Court